UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ARGUMEDO,    No. C 08-4502 SI (pr)

    Plaintiff,    **ORDER OF DISMISSAL**

  v.

SACRAMENTO OFFICE OF APPEALS; et al.,

    Defendants.
                                  /

    Jose Argumedo, an inmate at Pelican Bay State Prison, filed a pro se civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint and dismissed it with leave to amend. His amended complaint is now before the court for review under 28 U.S.C. § 1915A.

    In his complaint, Argumedo attempted to allege a claim based on an impasse in the administrative appeal process caused by the Pelican Bay appeals coordinator rejecting his appeals purportedly pursuant to a directive from "Sacramento," and the inmate appeals chief in Sacramento rejecting his appeals purportedly because he has not proceeded through the lower level appeal at Pelican Bay. He was trying to pursue a grievance about a gang validation review.

    In the order of dismissal with leave to amend, the court explained that the complaint did not state a claim upon which relief may be granted insofar as it attempted to assert a due process claim based on the improper handling of the inmate appeal. The court granted leave to amend so that Argumedo, if he desired, could attempt to allege a claim based on the problem he was trying to pursue in his inmate appeal, i.e., the decision to retain him in the SHU.

Argumedo's amended complaint did not cure the deficiency identified in the order of dismissal with leave to amend. Specifically, he did not attempt to allege a due process violation based on the decision to retain him in the SHU. He provided a more elaborate description about the administrative appeal problem, but the elaboration does not change the fact that there is no due process violation based on the improper handling or rejection of an inmate appeal, as explained in the order of dismissal with leave to amend.

The amended complaint fails to state a claim upon which relief may be granted for a due process violation. There is no reason to allow further amendment because it would be futile: the court has already identified the specific shortcomings in the pleading and Argumedo was unable to cure them. Accordingly, this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 13, 2009

_____
SUSAN ILLSTON
United States District Judge