UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARGUMEDO, | No. C 08-4502 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SACRAMENTO OFFICE OF APPEALS; et al., | |
| Defendants. | |

This action is dismissed with prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 13, 2009                                 _____
                                                             SUSAN ILLSTON
                                                             United States District Judge